Pro Se General Complaint for a Civil Case (Rev. 10/16)

FILED
JAMES J. VILT, JR. - CLERK
DEC 27 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

# United States District Court
## for the
## Kentucky Court Of Justice

__Danny Crews__
Plaintiff
*(Write your full name. No more than one plaintiff may be named in a pro se complaint)*

v.

Case No.: __5:22-CV-184-BJB__
*(to be filled in by the Clerk's Office)*

JURY TRIAL ☐ Yes   ☐ No

__Oak Grove Casino__
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above or on page 2, please write "see attached" in the space and attach an additional page with the full list of names)*

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

   A. The Plaintiff
      Name: Danny Crews
      Street Address: 251 Risner Rd
      City and County: Dover - Stewart
      State and Zip Code: TN 37058
      Telephone Number: 931-639-8002

   B. The Defendant(s)

      Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. If you are suing an individual in his/her official capacity, include the person's job or title. Attach additional pages if needed.

Pro Se General Complaint for a Civil Case (Rev.10/16)

Defendant No. 1
  Name: Oak Grove Casino
  Job or Title:
  Street Address: 777 Winners Way
  City and County: Oak Grove  Christian
  State and Zip Code: Kentucky  42262

Defendant No. 2
  Name:
  Job or Title:
  Street Address:
  City and County:
  State and Zip Code:

Defendant No. 3
  Name:
  Job or Title:
  Street Address:
  City and County:
  State and Zip Code:

Defendant No. 4
  Name:
  Job or Title:
  Street Address:
  City and County:
  State and Zip Code:

Defendant No. 5
  Name _____
  Job or Title _____
  Street Address _____
  City and County _____
  State and Zip Code _____

II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only these types of cases can be heard in federal court: a dispute that involves a right in the United States Constitution or a federal law (as opposed to a state law or local ordinance); a dispute that involves the United States of America (or any of its agencies, officers or employees in their official capacities) as a party; and a dispute between citizens of different states with an amount in controversy that is more than $75,000.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Constitutional or Federal Question  ☑ USA Defendant  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  If the Basis for Jurisdiction is USA defendant

   The Defendant(s)
   Name of Agency __Oak Grove Casino__
   Address __777 Winners Way Oak Grove Ky 42262__

B.  If the Basis for Jurisdiction is a Constitutional or Federal Question

   List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

   _____
   _____
   _____

Pro Se General Complaint for a Civil Case (Rev. 10/16)

C. **If the Basis for Jurisdiction is Diversity of Citizenship**

1. The Plaintiff

   The plaintiff, (name)_____, is a citizen of the State of (name)_____.

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, (name)_____, is a citizen of the State of (name)_____. Or is a citizen of (foreign nation) _____.

   b. If the defendant is a corporation

      The defendant, (name) Oak Grove Casino, is incorporated under the laws of the State of (name) Kentucky, and has its principal place of business in the State of (name) Kentucky.

      Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

      *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy – the amount the plaintiff claims the defendant owes or the amount that is at state – is more than $75,000, not counting interest and costs of court, because: *(explain)*

   $300,000 And time Lost - Reinstate V.I.P Player
   Black tier Leive - 2,496 Hours time spent Lost
   $500,000

III. **Statement of Claim**

Write a short and plain statement of the claim. Briefly state the facts showing that the plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

#1 Oak Grove Casino cheated player Out of V.I.P player Level Black tier Card Causeing Large money Lost Casino is Illegally tampeing with Customer point Reading

#2 Casino Falsely advertising promotion Add tv add Saying New Customer get $1,000 dollars Free play at sign up and at VIP play Level you get Vagus size rewards Falsely promotions

Please see Attached

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks for the court to order. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive (punishment) or exemplary (warning or deterrent) damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

#1 Lost Of V.I.P player Level thats at $5.00 a point x 40,000 thats $200,000 dollars time Lost 2,496 hours on the machines my Claim is $500,000 Dollars And V.I.P Black tier reinstated At Oak Grove Casino plus V.I.P Vagus size Rewards

#2 Falsely Advretising promotions - Court to Rule

Pro Se General Complaint for a Civil Case (Rev. 10/16)

## V. Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint; (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

First Name __Danny__   Last Name __Crews__
Mailing Address __251 Risner Rd__
City and State __Dover TN__   Zip Code _____
Telephone Number __931-634-8002__
E-mail Address __nightcrews8888@gmail.com__

Signature of plaintiff __Danny Crews__
Date signed __12-11-22__

**OPTIONAL**

You may request to receive electronic notifications. You may not file documents or communicate with the court electronically. All documents must be submitted in paper and you must serve the defendants.

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents
- PACER account – Information and registration at www.pacer.gov

- You will receive one "free" look of the document. Documents must be viewed within 14 days. You must only single-click on the hyperlink to view.

Note: You must promptly notice the Clerk's Office, in writing, if there is a change in your designated e-mail address. Failure to update your email address does **not** excuse failures to appear or timely respond.

E-mail type:

☐ HTML – Recommended for most e-mail clients

☐ Plain Text – Recommended for e-mail accounts unable to process HTML e-mail

Conditioned upon the sufficiency of your electronic equipment which the court will test and verify receipt, you will be allowed to receive electronic notifications.

By submitting this request, the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Rule 5(b)(2) of the Federal Rules of Civil Procedure, except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice will allow one free look at the document, and any attached .pdf may be printed or saved.

IMPORTANT:

Messages sent to Yahoo or AOL accounts are frequently found in the spam folder until the court is added to your address book.

E-mail address designated for noticing:

NightCrews8888@Gmail.com

Participant signature: Danny Crews

Date: 12·11·22



Mr Danny Crews
251 Risner Rd
Dover, TN 37058

**FILED**
JAMES J. VILT, JR. - CLERK

DEC 27 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY



United States District Court
501 broadway st#127
paducah KY 42001